**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **GARY D. HAMMOND,** | **CASE NO. 2:09-cv-1045** |
| | **JUDGE HOLSCHUH** |
| Petitioner, | **MAGISTRATE JUDGE ABEL** |
| v. | |
| **WARDEN, SOUTHEASTERN OHIO REGIONAL JAIL,** | |
| Respondent. | |

## OPINION AND ORDER

On November 18, 2009, the Magistrate Judge issued an Initial Screening Order recommending that that this action be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED**.

Date: December 18, 2009

/s/ John D. Holschuh
JOHN D. HOLSCHUH
United States District Judge